IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| WILLIAM PATTERSON, | : | CIVIL ACTION |
| | : | |
| Plaintiff, | : | NO. 08-2140 |
| | : | |
| v. | : | |
| | : | |
| CITY OF PHILADELPHIA, et al. | : | |
| | : | |
| Defendants. | : | |

**<u>ORDER</u>**

AND NOW, this 13th day of April, 2009 it is ORDERED that:

1. Defendants Kerry and Kirchner's Motion to Dismiss Pursuant to Fed. R. Civ. P. 12(b)(6) (Docket No. 18) is GRANTED IN PART and DENIED IN PART. All claims against Defendants Kerry and Kirchner are dismissed with the exception of Count 12 (intentional infliction of emotional distress) as to Defendant Knight.

2. Defendants City of Philadelphia, Stephen Ratka, Harry Young, Daniel O'Malley, John Darby, Joseph Mooney, Jeanette Dooley, Glenn Wilson, Ingo Schamber and Leni Dow's Motion to Dismiss Causes of Action Twelve Through Fifteen of the Complaint Pursuant to Rule 12(b)(6) (Docket No. 16) is GRANTED as unopposed, and all claims are dismissed as to those Defendants.

3. The Supplemental Motion to Dismiss by Defendants John Darby, Joseph Mooney, Jeannette Dooley, Ingo Schamber and Leni Dow Solely in Their Capacity as Members of the Philadelphia Children's Alliance Board of Directors (Docket No. 20) is GRANTED as unopposed, and all claims are dismissed as to those Defendants.

4.	Defendants Lynne Abraham, John Delaney, Charles Ehrlich, James Carpenter and Eric Gibson's Motion to Dismiss (Docket No. 24) is GRANTED IN PART and DENIED IN PART.  All claims are dismissed as to those Defendants except Count 4 as to Defendant DA Abraham in her official capacity (42 U.S.C. § 1983 - practice or custom).

BY THE COURT:

/s/ C. Darnell Jones II

_____
C. DARNELL JONES II,	J.