IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| WILLIAM PATTERSON, | : | CIVIL ACTION |
| Plaintiff, | : | NO. 08-2140 |
| v. | : | |
| CITY OF PHILADELPHIA, et al. | : | |
| Defendants. | : | |

FILED
JUL 3 0 2009
MICHAEL E. KUNZ, Clerk
By_____Dep. Clerk

## ORDER

AND NOW, this 30th day of July, 2009 it is ORDERED that the Amended Complaint (Docket No. 36) is DISMISSED. The Clerk shall mark this case closed for statistical purposes.

BY THE COURT:

_____
C. DARNELL JONES II,    J.